DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**GENE MORALES,**
Appellant,

v.

**RC HOLDINGS I, LLC,**
Appellee.

No. 4D21-2378

[May 26, 2022]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Michael Robinson, Judge; L.T. Case No. CACE17-014819 (13).

Theodore D'Apuzzo of The D'Apuzzo Law Firm, Fort Lauderdale, for appellant.

Allison L. Friedman of Allison L. Friedman, P.A., Aventura, for appellee.

PER CURIAM.

*Affirmed.*

CONNER, C.J., FORST and ARTAU, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***